IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **KENNETH R. RIVERA AND JENNIFER C. RIVERA** | § § § | **PLAINTIFFS** |
| v. | § § | CIVIL NO. 1:12cv404-HSO-RHW |
| **ADAMS HOMES, LLC, AN A ALABAMA LIMITED LIABILITY CORPORATION; KELLER SMITH SUPPLY, INC., A MISSISSIPPI CORPORATION; and JOHN DOES 1-10** | § § § § § § § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard on Defendant Keller Smith Supply, Inc.'s Motion for Summary Judgment [122] and Defendant Adams Homes, LLC's Motion for Summary Judgment [124]. The Court, after a full review and consideration of Defendants' Motions, Plaintiffs' Responses [133] [134], Defendants' Rebuttals [138] [139], the record, and relevant legal authorities, finds that in accord with the reasons more fully stated in its Memorandum Opinion and Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Judgment is rendered in favor of Defendants pursuant to Federal Rule Civil Procedure 56. This civil action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 8th day of July, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE